```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 08-14411-CIV-GRAHAM
                                      (07-14016-CR-GRAHAM)
                              MAGISTRATE JUDGE P.A. WHITE
```

JOHNNY EDWARD CARTER,        :

    Movant,               :
                                                              REPORT RECOMMENDING GRANT
v.                           :    CERTIFICATE OF APPEALABILITY
                                                                MOTION TO VACATE
UNITED STATES,               :         (DE#14 & 17)

    Respondent.           :
_____

This Cause is before the Court upon the petitioner's application for certificate of appealability (DE#17), referred to the Undersigned Magistrate Judge.

Upon application for certificate of appealability, the District Court is required to reevaluate the claims presented and if such a certificate is granted, it must state which specific issue or issues satisfy the requirement that the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. §2253(c)(2) and (3).

To merit a certificate of appealability, the appellant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issue he seeks to raise. See 28 U.S.C. §2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000).

The petitioner seeks a reduction of sentence based upon a recent Supreme Court decision Kimbrough v US, 552 US ___ 128 S.Ct. 558 (2007). The Undersigned Magistrate Judge entered a detailed Report recommending that this motion be denied, and review of the case does not reveal that the Report is not well founded. However, the petitioner will be granted an opportunity to raise the *Kimbrough* issue to the Eleventh Circuit Court of Appeals.[1]

It is therefore recommended that the motion for certificate of appealability be granted. (DE#14)

It is further recommended that the motion to proceed in forma pauperis be granted. (DE#17)

Objections to this report may be filed with the District Judge within ten days of receipt of this report.

Dated this 6th day of July, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Johnny Edward Carter, Pro Se
    Address of record

    AUSA of Record

---

[1] The petitioner raised this issue in his criminal case 00-14088-cr-Graham, which has not yet been ruled upon.

2