```
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
                  FT. PIERCE DIVISION
```

Case No. 08-14411-CIV-GRAHAM/WHITE

JOHNNY EDWARD CARTER,

    Plaintiff,

vs.

U.S. ATTORNEY'S OFFICE,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Leave to Appeal in Forma Pauperis [D.E. 17], and Motion for Certificate of Appealability [D.E. 14].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White on June 25, 2009 [D.E. 18]. On July 7, 2009, the Magistrate Judge issued a Report [D.E. 19] recommending that both Motions be granted. Defendant has not filed objections to the Magistrate Judge's Report.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report [D.E. 19] is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Leave to Appeal in Forma Pauperis [D.E. 17] is **GRANTED**. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Certificate of Appealability [D.E. 14] is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of July 2009.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Patrick A. White
      Johnny Edward Carter, Pro Se